By:   /s/ *DANIEL V. KOHLS*